**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------------------X
In re:

| | |
|---|---|
| Clay Riverview LLC, | Chapter 11 |
| | Case No. 20-40381 (NHL) |
| Debtor, | |

-------------------------------------------------------------------------------------X

## ORDER DENYING ABRAHAM LESER'S MOTION PURSUANT TO BANKRUPTCY RULE 2004 TO AUTHORIZE THE PRODUCTION OF DOCUMENTS AND THE EXAMINATION OF WITNESSES

**UPON** the Motion (the "Motion") of Abraham Leser ("Leser"), by his attorneys Goldberg Weprin Finkel Goldstein LLP, for the entry of an order pursuant to Bankruptcy Rule 2004 to authorize the production of documents and the examination of Bo Jin Zhu ("Zhu") the principal of Clay Riverview LLC (the "Debtor"); and the Debtor's opposition to the Motion filed on July 10, 2020 (the "Opposition"); and Leser's response to the Opposition filed on September 22, 2020 (the "Response"); and sufficient notice and opportunity for a hearing thereon having been given pursuant to the affidavit of service on file with the Court; and it appearing that no other or further notice or hearing is required; and after a hearing held on September 23, 2020 (the "Hearing"), at which William X. Zou (Counsel to Debtor), Nazar Khodorovsky (US Trustee), Kevin Nash (Counsel to Abraham Lesser), and Daniel Zinman (Counsel to Dupont Street 2 LLC) appeared; and upon the record of the Hearing, which is incorporated herein by reference; and due deliberation and sufficient cause therefore, it is hereby

**ORDERED,** that the Motion is denied; and it is further

**ORDERED,** that the Court shall retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order.



Dated: October 2, 2020  
      Brooklyn, New York

Nancy Hershey Lord  
United States Bankruptcy Judge