UNITED STATES BANKRUPTCY COURT
<u>EASTERN</u> DISTRICT OF <u>NEW YORK</u>

In re <u>Clay Riverview LLC</u>                                         Case No. <u>1-20-40381</u>

    **Debtor**                                                        Reporting Period: <u>06/01/2020-06/30/2020</u>

Federal Tax I.D. # <u>46-4716554</u>

## SINGLE ASSET REAL ESTATE COMPANIES

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
|    Copies of bank statements | | x | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 (RE) | X | |
| Balance Sheet | MOR-3 (RE) | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | X | |
|    Copies of tax returns filed during reporting period | | | |
| Rent Roll | MOR-5 (RE) | | |
| Payments to Insiders and Professional | MOR-6 (RE) | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | | |
| Cash Flow Projection | MOR-7 (RE) | | |
| Debtor Questionnaire | MOR-8 (RE) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

<u>Signature of Debtor /s/ Clay Riverview LLC</u>                                    Date _____

<u>Signature of Authorized Individual* /s/ Bo Jin Zhu</u>                          Date, 11/16/2020 _____

<u>Printed Name of Authorized Individual Bo Jin Zhu, Manager</u>                Date _____

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a
partnership; a manager or member if debtor is a limited liability company.

In re  Clay Riverview LLC _____     Case No.  1-20-40381 _____
     **Debtor**     **Reporting Period:**  06/01/2020 – 06/30/2020 _____

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted
for this page.

(Bank account numbers may be redacted to last four numbers.)

|  | Operating | Tax | Other |
|---|---|---|---|
|  | # | # | # |
| **BALANCE PER BOOKS** | 53.65 |  |  |
|  |  |  |  |
| BANK BALANCE | 53.65 |  |  |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | 0 |  |  |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | 0 |  |  |
| OTHER *(ATTACH EXPLANATION)* | 0 |  |  |
|  |  |  |  |
| **ADJUSTED BANK BALANCE \*** | 53.65 |  |  |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Date | Amount |
|---|---|---|---|
| 0 |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| CHECKS OUTSTANDING | Ck. # | Ck. # | Amount |
|---|---|---|---|
| 0 |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**OTHER**
  n/a

In re Clay Riverview LLC

Debtor

Case No. 1-20-40381

Reporting Period: 06/01/2020 – 06/30/2020

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Rental Income | 0 | 0 |
| Additional Rental Income | 0 | 0 |
| Common Area Maintenance Reimbursement | 0 | 0 |
| Total Income *(attach MOR-5 (RE) Rent Roll)* | 0 | 0 |
| **OPERATING EXPENSES** | | |
| Advertising | 0 | 0 |
| Auto and Truck Expense | 0 | 0 |
| Cleaning and Maintenance | 0 | 0 |
| Commissions | 0 | 0 |
| Officer/Insider Compensation* | 0 | 0 |
| Insurance | 0 | 0 |
| Management Fees/Bonuses | 0 | 0 |
| Office Expense | 0 | 0 |
| Other Interest | 0 | 0 |
| Repairs | 0 | 0 |
| Supplies | 0 | 0 |
| Taxes - Real Estate | 0 | 0 |
| Travel and Entertainment | 0 | 0 |
| Utilities | 0 | 0 |
| Other *(attach schedule)* | 0 | 0 |
| Total Operating Expenses Before Depreciation | 0 | 0 |
| Depreciation/Depletion/Amortization | 0 | 0 |
| Net Profit (Loss) Before Other Income & Expenses | 0 | 0 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | 0 | 0 |
| Interest Expense | 0 | 0 |
| Other Expense *(attach schedule)* | 0 | 0 |
| Net Profit (Loss) Before Reorganization Items | 0 | 0 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 0 | 0 |
| U. S. Trustee Quarterly Fees | 0 | 0 |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | 0 | 0 |
| Gain (Loss) from Sale of Property | 0 | 0 |
| Other Reorganization Expenses *(attach schedule)* | 0 | 0 |
| Total Reorganization Expenses | 0 | 0 |
| Income Taxes | 0 | 0 |
| Net Profit (Loss) | 0 | 0 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re  Clay Riverview LLC
　　　　Debtor

Case No.  1-20-40381
Reporting Period:  06/01/2020 – 06/30/2020

## BREAKDOWN OF "OTHER" CATEGORY

OTHER OPERATIONAL EXPENSES

| n/a | | |
|---|---|---|
| | | |
| | | |
| | | |

OTHER INCOME

| n/a | | |
|---|---|---|
| | | |

OTHER EXPENSES

| n/a | | |
|---|---|---|
| | | |

OTHER REORGANIZATION EXPENSES

| n/a | | |
|---|---|---|
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter  11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization  item.

In re    Clay Riverview LLC                    Case No.  1-20-40381

Debtor

Reporting Period:  __06/01/2020 – 06/30/2020_____

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Mortgage | | | | | | 0 |
| Rent | | | | | | 0 |
| Secured Debt/Adequate Protection Payments | | | | | | $7,853,321.20 |
| Professional Fees | | | | | | |
| Real Estate Taxes | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | | | | | | $7,853,321. |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

Upon sale of real property owned by a subsidiary

In re  Clay Riverview LLC _____          Case No. 1-20-40381 _____

        **Debtor**          Reporting Period:  06/01/2020 – 06/30/2020 _____

## DEBTOR QUESTIONNAIRE

| | Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | x |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | x |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | x |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | x |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | x |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | x |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | x |
| 8 | Are any post petition State or Federal income taxes past due? | | x |
| 9 | Are any post petition real estate taxes past due? | X | |
| 10 | Are any other post petition taxes past due? | | x |
| 11 | Have any pre-petition taxes been paid during this reporting period? | | x |
| 12 | Are any amounts owed to post petition creditors delinquent? | | x |
| 13 | Have any post petition loans been been received by the Debtor from any party? | | x |
| 14 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | x |
| 15 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | x |
| 16 | Have the owners or shareholders received any compensation outside of the normal course of business? | | x |



**America's Most Convenient Bank®**

E        STATEMENT OF ACCOUNT

CLAY RIVERVIEW LLC
8710 QUEENS BLVD FL 1
ELMHURST NY 11373

Page:                                          1 of 2
Statement Period:        Jun 01 2020-Jun 30 2020
Cust Ref #:                     4377289082-713-E-***
Primary Account #:                      437-7289082

Upcoming    REG   CC  Changes    Effective    July  1, 2020
Reminder:   We have updated  our policy to comply with the upcoming  Regulation  CC Changes.  TD Banks Funds  Availability
policy will continue  to make  $100 available  immediately  at the time of deposit  & the remaining  funds will be available  by the end
of the next business  day.  Sometimes  we may need  to place  a hold to verify funds  are available.  If this occurs,  we will make  an
additional  $125 available  by the end  of the first business  day after  we receive  your deposit  if a hold is applied.  For additional
information,  please  refer  to the Funds  Availability Policy  in the Personal  Deposit  Account  Agreement  & Business  Deposit  Account
Agreement,  available  at td.com
TD  Business       Simple      Checking
CLAY RIVERVIEW LLC

Account   # 437-7289082

## ACCOUNT    SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning   Balance | 53.65 | Average   Collected   Balance | 53.65 |
| | | Interest   Earned   This   Period | 0.00 |
| Service   Charges | 10.00 | Interest   Paid   Year-to-Date | 0.00 |
| Ending   Balance | 43.65 | Annual   Percentage   Yield  Earned | 0.00% |
| | | Days   in Period | 30 |

## DAILY  ACCOUNT   ACTIVITY

Service    Charges

| POSTING  DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/30 | MAINTENANCE   FEE | 10.00 |
| | Subtotal: | 10.00 |

## DAILY  BALANCE   SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/31 | 53.65 | 06/30 | 43.65 |

1-800-937-2000        for   24-hour       Bank-by-Phone        services       or   connect       to   www.tdbank.com

Deposits FDIC Insured | TD Bank, N.A.| Equal Housing Lender